HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226

Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:10-cr-00024-NONE-2 |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | |
| CHRISTINA RUTH ANN DRUMMOND, | |
| *Defendant.* | |

 Defendant, Christina Ruth Ann Drummond, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of her Supervised Release. Our office has a conflict.

 On July 16, 2010, Ms. Drummond was sentenced to 70 months in custody followed by 60 months of supervised release. She began serving her term of supervised release on February 12, 2015.

 Ms. Drummond submits the attached Financial Affidavit as evidence of her inability to retain counsel at this time. Therefore, after reviewing Ms. Drummond Financial Affidavit, it is respectfully recommended that CJA Panel counsel.

DATED:  December 4, 2020   */s/ Eric V Kersten*
               ERIC V. KERSTEN
               Assistant Federal Defender
               Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoint CJA Panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __December 4, 2020__     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE