UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINA RUTH ANN DRUMMOND,<br><br>Defendant. | No. 1:10-CR-00024-NONE-2<br><br>ORDER DENYING WITHOUT PREJUDICE REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>(Doc. Nos. 30, 37) |

The court has received and reviewed defendant's pro se request for early termination of supervision (Doc. No. 30), the supplement filed by counsel (Doc. No. 37), and the government's opposition thereto (Doc. Nos. 40, 41). The court has also received the input of defendant's supervising probation officer who has noted that, although defendant thus far has complied with the terms of supervision and has made notable steps toward bettering herself, defendant is presently unemployed. Because of the nature of defendant's underlying conviction for armed bank robbery, U.S. Probation remains concerned that her lack of employment could place her for recidivism absent continued supervision. Probation indicates that defendant would be better positioned to request early termination of her term of supervised release if she is able to obtain and maintain employment and remains in compliance with the terms of her supervised release for

at least one year.  The court finds Probation's reasoning to be persuasive, particularly given that defendant has not articulated clear reasons why continued supervision is an impediment to her continued re-integration into society.  Accordingly, defendant's request is denied without prejudice.

IT IS SO ORDERED.

Dated: __March 10, 2021__          _/s/ Dale A. Drozd_
                                    UNITED STATES DISTRICT JUDGE